UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 22 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, Plaintiff-Appellee, v. AKOP ARUTYUNYAN; ANAHIT ARUTYUNYAN, Defendants-Appellants. | No. 22-55199 D.C. No. 2:20-cv-04684-ODW-JEM Central District of California, Los Angeles ORDER |

Before: M. SMITH, HAMILTON,[*] and COLLINS, Circuit Judges.

For the reasons set forth in the panel's accompanying published opinion, Akop Arutyunyan, and Anahit Arutyunyan ("Defendants"); and their counsel, Ara Joe Keropian and the AJK Law Firm ("Defense Counsel"), are ordered to show cause why they should not be sanctioned under 28 U.S.C. § 1912, 28 U.S.C. § 1927, Federal Rule of Appellate Procedure 38, and/or the inherent authority of this court, *see Chambers v. NASCO, Inc.*, 501 U.S. 32, 43–51 (1991). Defense Counsel is further ordered to show cause why this matter should not be referred to the State Bar of California. Defendants' and Defense Counsel's response(s) to this order to show cause ("OSC") shall be filed within 21 days of this order and shall

---

[*] The Honorable David F. Hamilton, United States Circuit Judge for the U.S. Court of Appeals for the Seventh Circuit, sitting by designation.

comply with the format and length requirements applicable to a motion under Ninth Circuit Rule 27-1. Within 14 days of service of the last such response, Transamerica Life Insurance Company ("Transamerica") shall file its respective response to the OSC response(s). Transamerica's response shall comply with the format and length requirements applicable to a response to a motion under Ninth Circuit Rule 27-1 and shall be accompanied by sufficient documentation to support any claims made by Transamerica concerning the appropriate amount of any potential sanctions. Within seven days of service of Transamerica's response, Defendants and Defense Counsel may file their reply or replies to Transamerica's response, and any such reply shall comply with the format and length requirements applicable to a reply under Ninth Circuit Rule 27-1.